```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 04462
  CONSTANCE H HUGHES
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

            Debtor
  SSN XXX-XX-5647


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/13/07 and confirmed on 08/09/07.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   4267.50 .

   4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------
AMERICAS SERVICING CO    CURRENT MORTG        .00            .00            .00
AMERICAS SERVICING CO    MORTGAGE ARRE     447.82            .00         447.82
WILL COUNTY TREASURER    SECURED              .00            .00            .00
BLAIR CREDIT SERVICES    UNSECURED      NOT FILED            .00            .00
COMED                    UNSECURED      NOT FILED            .00            .00
COLLECTION PROFESSIONALS UNSECURED      NOT FILED            .00            .00
FIRST CARD               UNSECURED      NOT FILED            .00            .00
NICOR GAS                UNSECURED      NOT FILED            .00            .00
NICOR GAS                UNSECURED         816.62           3.45         816.62
SBC AMERITECH            UNSECURED      NOT FILED            .00            .00
NATIONAL CAPITAL MANAGEM UNSECURED          48.42            .12          48.42
          Summary of disbursements:
-----------------------------------------------------------------------
                SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED   447.82      .00        865.04         .00        1312.86
PRINCIPAL PAID       447.82      .00        865.04         .00        1312.86
INTEREST PAID           .00      .00          3.57         .00           3.57
TOTAL PAID           447.82      .00        868.61         .00        1316.43
The Debtor's attorney, ROBERT V SCHALLER              , was allowed $   3000.00
and was paid $  1231.00   direct and $   1769.00   through the plan.

The Trustee received $     100.11 .

Refunds to the Debtor totaled $    1081.96 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 02/11/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```